U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

Nov 21  1 33 PM '00

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Mark Rathburn,
        Plaintiff

        v.                                    Civil No. 99-609-M
                                              Opinion No. 2000 DNH 247X
Merrimack County
Department of Corrections,
        Defendant

## O R D E R

I herewith approve the Report and Recommendation (document
no. 8) of Magistrate Judge Muirhead dated May 23, 2000.  This
dismissal counts as a strike against the plaintiff under
28 U.S.C. § 1915(g).


        **SO ORDERED.**

                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge

November 21, 2000

cc:  Mark Rathburn, pro se

